UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.    Case No. 21-CV-29

APPROXIMATELY $40,000.00 IN UNITED
STATES CURRENCY, et al.,

    Defendants.

**FINAL JUDGMENT OF FORFEITURE AS TO THE DEFENDANT PROPERTIES CLAIMED BY CLAIMANT JOHN HALE**

This cause having come before the Court upon the Plaintiff United States of America's Motion for Entry of Final Judgment of Forfeiture as to the Defendant Properties Claimed by Claimant John Hale, and upon consideration of all the papers and pleadings on file in this action, including the parties' Stipulation for Compromise Settlement, and the fact that the defendant properties at issue in this motion are the final assets remaining to be resolved in this case,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The United States shall return to the claimant, John Hale, by and through his attorney, Michael F. Hart, the total sum of $41,000 of the defendant properties, less any delinquent debt that the United States Treasury is required to collect through the Treasury Offset Program, as follows:

    A.    The entire sum of the defendant approximately $40,000 in United States currency; and

    B.    The sum of $1,000 of the defendant approximately $10,395 in United States currency.

2. All right, title, and interest in the remaining approximately $9,395 of the defendant approximately $10,395 in United States currency are forfeited to the United States of America.

3. All right, title, and interest in the following defendant properties be, and hereby are, forfeited to the United States of America:

    A. Approximately $3,000.00 in United States currency,

    B. Approximately $2,300.00 in United States currency,

    C. Approximately $1,277.00 in United States currency,

    D. One 2016 Ford Fusion bearing vehicle identification number (VIN) 3FA6POT95GR200257,

    E. Approximately $10,000.00 in United States currency, and

    F. Fourteen assorted prepaid money orders valued at a total of approximately $11,400.00 in United States currency.

4. The United States Marshal shall deposit the following defendant properties into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law:

    A. Approximately $3,000.00 in United States currency,

    B. Approximately $2,300.00 in United States currency,

    C. Approximately $1,277.00 in United States currency, and

    D. Approximately $10,000.00 in United States currency.

5. The United States Marshal shall dispose of the following defendant properties according to law:

    A. One 2016 Ford Fusion bearing vehicle identification number (VIN) 3FA6POT95GR200257, and

    B. Fourteen assorted prepaid money orders valued at a total of approximately $11,400.00 in United States currency.

6. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Green Bay, Wisconsin, this 26th day of August, 2022.

APPROVED:

s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
United States District Judge

Judgment entered this 26th day of August, 2022.

GINA COLLETTI
Clerk of Court

By:
s/Lori Hanson
Deputy Clerk

3

Case 1:21-cv-00029-WCG   Filed 08/26/22   Page 3 of 3   Document 38